**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DEANDRA SHONTRELL GATEWOOD, et al.,

    Plaintiffs,

v.                                                   No. CV 19-573 GBW/CG

ESTATE OF JASON E. THOMPSON, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference and following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 23), filed October 3, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 28).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE