IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEONDRA S. GATEWOOD, et al.

    Plaintiffs,

v.                                                                              No. CV 19-573 GBW/CG

ESTATE OF JASON E. THOMPSON, et al.,

    Defendants.

### **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **February 11, 2020, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE