IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEANDRA SHONTRELL GATEWOOD, et al.,

    Plaintiffs,

v.                          No. CV 19-573 GBW/CG

ESTATE OF JASON E. THOMPSON, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on *Plaintiffs' and Defendant's Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 43), filed February 3, 2020. In the Motion, the parties agree to extend the pending deadlines because of scheduling conflicts and difficulty receiving responses from out-of-state medical providers. (Doc. 43 at 1-2). Having reviewed the Motion, and noting it is unopposed, the Court finds there is good cause to extend the parties' deadlines and the Motion shall be **GRANTED**.

    **IT IS THEREFORE ORDERED**:

1. Plaintiffs' expert disclosures are now due April 10, 2020; and Defendant's expert disclosures are now due June 1, 2020;

2. Discovery is to be completed by August 7, 2020;

3. Discovery Motions may be filed no later than August 14, 2020;

4. Pretrial Motions may be filed no later than August 24, 2020; and

5. Plaintiffs shall submit their Proposed Pretrial Order to Defendant no later than October 9, 2020; and Defendant shall submit its Proposed Pretrial Order no later than October 16, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE