**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DEANDRA SHONTRELL
GATEWOOD, et al.,

      Plaintiffs,

v.                                                CIV No. 19-573 GBW/CG

THE ESTATE OF JASON E. THOMPSON,
individually and as agent of THOMPSON
OILFIELD HAULING SERVICES, LLC, et al.,

      Defendants.

**ORDER VACATING TELEPHONIC STATUS CONFERENCE
AND ZOOM SETTLEMENT CONFERENCE**

      **THIS MATTER** is before the Court on notice that this case has settled. **IT IS THEREFORE ORDERED** that the Zoom Settlement Conference scheduled for Thursday, July 9, 2020, and the telephonic Status Conference set for Thursday, July 2, 2020, are hereby **VACATED**.

      **IT IS SO ORDERED.**

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE