**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DEANDRA SHONTRELL
GATEWOOD, et al.,

      Plaintiffs,

v.                                            CIV No. 19-573 GBW/CG

THE ESTATE OF JASON E. THOMPSON,
individually and as agent of THOMPSON
OILFIELD HAULING SERVICES, LLC, et al.,

      Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on notice that this case has settled. **IT IS THEREFORE ORDERED** that the parties submit closing documents no later than **July 24, 2020**. Any request for an extension must be submitted in writing to the Court in the form of a motion.

      **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE